UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>  vs.<br><br>DEBRA J. HARMON, a/k/a<br>DEBBIE J. HARMON,<br><br>           Defendant. | NO. CV-08-0285-CI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

    Magistrate Judge Imbrogno filed a Report and Recommendation on February 10, 2009, recommending Plaintiff's Motion for Default Judgment be granted in part. (Ct. Rec. 10.) Objections to the Report and Recommendation were due on or before February 26, 2009. Notice of the default proceedings was served on Defendant on December 30, 2008 (Ct. Rec. 9), and a copy of the Report and Recommendation was mailed to Defendant Debra J. Harmon on February 10, 2009. (Ct. Rec. 10.) There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation's analysis and conclusion.

    Accordingly, **IT IS HEREBY ORDERED**:

    1.   Plaintiff's Motion for Default Judgment (**Ct. Rec. 7**) is **GRANTED IN PART**.

    2.   The Clerk is directed to enter **judgment** for the United States

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

of America as follows:

       a. Judgment in the amount of $2,625.00 (principal amount of the subsidized loan);

       b. Post judgment interest pursuant to 28 U.S.C. § 1961;

       c. Court filing fees of $350.00 pursuant to 28 U.S.C. § 2412(a)(2); and

       d. Docket fees in the amount of $20.00 pursuant to 28 U.S.C. § 1923.

   3. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Defendant and counsel for the Plaintiff.

**DATED** this ___16th___ day of March 2009.

                    S/ Edward F. Shea
                      EDWARD F. SHEA
               United States District Judge

Q:\Civil\2008\0284.adopt.RR.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION - 2