UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>       Plaintiff, ) <br>  v. ) <br> ) <br> DEBRA J. HARMON, a/k/a ) <br> DEBBIE J. HARMON, ) <br> ) <br>       Defendant. ) <br> _____ ) | NO.  CV-08-285-CI <br><br> **JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED:**

The Report and Recommendation is **ADOPTED**, and Plaintiff's Motion for Default Judgment is **GRANTED IN PART**.  Judgment is entered for the United States of America as follows:

    a.  Judgment in the amount of $2,625.00 (principal amount of the subsidized loan);

    b.  Post judgment interest pursuant to 28 U.S.C. §1961;

    c.  Court filing fees of $350.00, pursuant to U.S. C. §2412(a)(2); and

    d.  Docket fees in the amount of $20.00 pursuant to 28 U.S.C. §1923.

**DATED** this 8th day of June, 2009.

                                          JAMES R. LARSEN
                                          District Court Executive/Clerk

                                          s/ L. Stejskal, Deputy Clerk